UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CM CONSTRUCTION COMPANY, INC., | Case No. 19-CV-0941 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| THE TRAVELERS INDEMNITY COMPANY, | |
| Defendant. | |

Based upon the Stipulation for Dismissal filed by the parties on April 16, 2020 [ECF No. 41],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 17, 2020

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge